FILED
CLERK, U.S. DISTRICT COURT
FEB - 7 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 08 - 250 M |
| Plaintiff, ) | ORDER OF DETENTION |
| ) | [Fed. R. Crim. P. 32.1(a)(6); |
| vs. ) | 18 U.S.C. § 3143(a)] |
| Robert Nathan ) | |
| Alfaro        Defendant. ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Southern District of California for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _Failure to comply of terms of Supervision_

1
2
3
4  and/or
5  B.  ☒  The defendant has not met his/her burden of establishing by
6  clear and convincing evidence that he/she is not likely to pose
7  a danger to the safety of any other person or the community if
8  released under 18 U.S.C. § 3142(b) or (c). This finding is based
9  on: the defendant's underlying offense +
10  criminal history.
11
12
13
14     IT THEREFORE IS ORDERED that the defendant be detained pending
15  the further revocation proceedings.
16
17  Dated: 2/7/08
18
19                                   _____
                                     JEFFREY W. JOHNSON
20                                   UNITED STATES MAGISTRATE JUDGE
21
22
23
24
25
26
27
28

2